

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00474-CR

Raymond **DANIELS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3242
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The trial court's certification in this appeal states "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." On July 16, 2018, we ordered Appellant to cause an amended trial court certification to be filed in this court by August 15, 2018, or we would dismiss this appeal. *See* TEX. R. APP. P. 25.2(d). We suspended the other appellate deadlines pending further order of this court.

On July 24, 2018, Appellant filed a motion to permit filing of the reporter's record. The motion states the court reporter's "record has not been filed because of the order suspending appellate deadlines."

Our July 16, 2018 order suspending the appellate timetable is not a stay of all proceedings; it does not prohibit a party from filing documents in the appeal. Instead, it temporarily relieves the parties, the district clerk, and the court reporter from the requirement to file documents that would otherwise be due under the appellate timetable.

Appellant's motion is GRANTED IN PART. We ORDER the court reporter to file the reporter's record for the May 18, 2018 plea hearing within TEN DAYS of the date of this order. In accordance with our July 16, 2018 order, the amended trial court certification, or a motion to dismiss this appeal, is due on August 15, 2018.

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
Keith E. Hottle
Clerk of Court